SCWC-29652

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

KAM CENTER SPECIALTY, CORPORATION,
a Hawai‘i corporation,
Petitioner/Plaintiff-Appellee, Cross-Appellant,

vs.

LWC IV CORPORATION, a Hawai‘i corporation,
dba Eastern Garden Chinese Seafood Restaurant;
LAWRENCE CHAN and LINDA CHAN,
Respondents/Defendants-Appellants, Cross Appellees,

and

LWC IV CORPORATION, a Hawai‘i corporation,
dba Eastern Garden Chinese Seafood Restaurant;
LAWRENCE CHAN and LINDA CHAN,
Third-Party Plaintiffs-Appellants, Cross-Appellees,

vs.

JOHN E. KOBAYASHI, and V.I.P. INVESTMENTS, INC.,
a Hawai‘i corporation,
Third-Party Defendants-Appellees, Cross-Appellants

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29652; CIVIL NO. 03-1-2075)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Plaintiff-Appellee, Cross-Appellant's application for writ of certiorari filed on April 12, 2013, is hereby rejected.

DATED:  Honolulu, Hawai'i, May 24, 2013.

James H. Ashford
Amanda M. Jones
(Cades Schutte)
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



2